BUJESE *v.* UNITED STATES.

No. 440, Misc.   Decided June 10, 1968.

*Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.

PER CURIAM.

The motion to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment of the Court of Appeals for the Second Circuit is vacated and the case is remanded to that court for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123. See *Roberts* v. *Russell, ante,* p. 293.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for the reasons stated in MR. JUSTICE WHITE's dissenting opinion in *Bruton* v. *United States,* 391 U. S. 123, 138 (1968).

FIELDS *v.* DEPARTMENT OF SOCIAL WELFARE.

No. 1637, Misc.   Decided June 10, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.